IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**HENRY ANN EKUGWUM**
**AND JOEL EKUGWUM**                                            **PLAINTIFFS**

**VS.**                                                   **NO. 3:09cv48 DPJ-JCS**

**CITY OF JACKSON**                                              **DEFENDANTS**

### NOTICE OF DESIGNATION OF EXPERTS

TO:   Pieter Teeuwissen, Esq.
      Claire Barker Hawkins, Esq.
      Office of the City Attorney
      P.O. Box 2779
      Jackson, MS 39207

Notice is hereby given that Plaintiffs, Henry Ann Ekugwum and Joel Ekugwum, have on this date served in the above entitled action:

**Designation of Experts.**

Respectfully submitted this 28th day of September, 2009

                              **HENRY ANN EKUGWUM AND**
                              **JOEL EKUGWUM**
                              Plaintiffs


                        By: _____s/Frank "Kim" Breese, III_____
                            Frank "Kim" Breese, III (MB# 101416)
                            *Attorney for Henry Ann Ekugwum and Joel Ekugwum*

COUNSEL:
BREESE LAW OFFICE, PLLC
800 Woodlands Pkwy., Suite 103
Ridgeland, Mississippi 39157
601-351-3339
Fax: 601-487-6942

CERTIFICATE OF SERVICE

I, Frank "Kim" Breese, III, attorney for Plaintiffs, do hereby certify I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following;

>Pieter Teeuwissen, Esq.
>Claire Barker Hawkins, Esq.
>Office of the City Attorney
>P.O. Box 2779
>Jackson, MS 39207

This the 28th day of September, 2009.

>_____s/Frank "Kim" Breese, III_____
>FRANK "KIM" BREESE, III