# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**HENRY ANN EKUGWUM**
**AND JOE EKUGWUM**                                                   **PLAINTIFFS**

**VS.**                           **CIVIL ACTION NO. 3:09CV48DPJ-JCS**

**CITY OF JACKSON**                                                 **DEFENDANT**

## AGREED ORDER OF DISMISSAL

All parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter will be finally closed on this docket,

**IT IS ORDERED** that this case is hereby dismissed with prejudice as to all parties. Further, all parties shall bear their own costs.

SO ORDERED, this the 27 day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Kim Breese
KIM BREESE, MSB # 101416
COUNSEL FOR THE PLAINTIFF


/s/ Claire Barker Hawkins
PIETER TEEUWISSEN, MSB#8777
CITY ATTORNEY
CLAIRE BARKER HAWKINS, MSB#101312
DEPUTY CITY ATTORNEY
COUNSEL FOR THE DEFENDANT